

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2022

No. 04-22-00735-CR

**IN RE** Adrian James **HILLARD** Jr.

Original Proceeding[1]

**ORDER**

Relator filed a petition for writ of habeas corpus in which he asks this court to release him from custody. Relator is represented by trial counsel below; therefore, he is not entitled to hybrid representation. *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means Relator's *pro se* habeas corpus petition will be treated as presenting nothing for this court's review. *See id*. Accordingly, relator's petition for writ of habeas corpus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 9, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2022-CR-2190, styled *State of Texas vs. Adrian James Hillard, Jr.*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.